**Fill in this information to identify the case:**

Debtor 1: Kurt Solomon

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: District of Massachusetts (Worcester)

Case number: 16-40786

**Official Form 410S1**

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** BANK OF AMERICA, N.A.

**Court claim no.** (if known):

**Last 4 digits** of any number you use to identify the debtor's account: 0352

**Date of payment change:** Must be at least 21 days after date of this notice: 09/25/2016

**New total payment:** Principal, interest, and escrow, if any: $223.69

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

- [x] No
- [ ] Yes Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: ______ New escrow payment: ______

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

- [x] No
- [ ] Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate: ______ New interest rate: ______

Current principal and interest payment: ______ New principal and interest payment: ______

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

- [ ] No
- [x] Yes Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: CHANGE IN PRINCIPAL

Current mortgage payment: $224.90 New mortgage payment: $223.69

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ taka hudson Date 09/01/2016

Assistant Vice President; Bankruptcy Specialist

Print: taka hudson Title Assistant Vice President; Bankruptcy Specialist

Company Bank of America, N.A.
Address 16001 N. Dallas Pkwy
Addison, TX 75001

Specific Contact Information:
Phone: 214-209-3796
Email: taka.hudson@bankofamerica.com

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts (Worcester)

Chapter 13 No. 16-40786

Judge: Judge Christopher J. Panos

In re:

Kurt Solomon

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on September 01, 2016, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor: Kurt Solomon
217 Wildwood Ave
Worcester, MA 01603

Debtor's Attorney: Robert W Kovacs, Jr
Kovacs Law, P.C.
172 Shrewsbury Street
Worcester, MA 01604

Trustee: Denise M. Pappalardo
P. O. Box 16607
Worcester, MA 01601

/s/ Bruce Bertrand

4 S Technologies, LLC
(as authorized agent for Bank of America, N.A.)

200 Sheffield St., Suite 101
Mountainside, NJ 07092
(908) 588-9639
brucebertrand@4stechnologies.com