# District of Massachusetts
# Claims Register

16-40786 Kurt Solomon

**Judge:** Christopher J. Panos **Chapter:** 13
**Office:** Worcester **Last Date to file claims:**
**Trustee:** Denise M. Pappalardo **Last Date to file (Govt):**

| | | |
|---|---|---|
| *Creditor:* (19722676)<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | **Claim No: 1**<br>*Original Filed*<br>*Date*: 05/26/2016<br>*Original Entered*<br>*Date*: 05/26/2016 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Internal Revenue Service<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $3225.98 | |
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 1-1 | 05/26/2016 | Claim #1 filed by Internal Revenue Service, Amount claimed: $3225.98 (Internal Revenue Service) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (19801504) History<br>Bank of America, N.A.<br>PO Box 31785<br>Tampa, FL 33631-3785 | **Claim No: 2**<br>*Original Filed*<br>*Date*: 09/15/2016<br>*Original Entered*<br>*Date*: 09/15/2016 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Joseph Dolben<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $20918.48 | |
| Secured | claimed: | $20918.48 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 2-1 | 09/15/2016 | Claim #2 filed by Bank of America, N.A., Amount claimed: $20918.48 (Dolben, Joseph ) |
| | | doc | 10/03/2016 | Notice of Mortgage Payment Change (Claim # 2) with Certificate of Service (Phifer, Robert) |
| | | doc | 11/01/2016 | Notice of Mortgage Payment Change (Claim # 2) with Certificate of Service (Phifer, Robert) |
| | | doc | 11/14/2016 | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 2) with Certificate of Service and without declaration of electronic filing filed by Creditor Bank Of America, N.A. (Dolben, Joseph) |
| | | doc | 12/02/2016 | Notice of Mortgage Payment Change (Claim # 2) with Certificate of Service (Brookman, Marlene) |
| | | doc | 01/04/2017 | Notice of Mortgage Payment Change (Claim # 2) with Certificate of Service (Hudson, Taka) |
| | | doc | 02/02/2017 | Notice of Mortgage Payment Change (Claim # 2) with Certificate of Service (Brookman, Marlene) |

| | | |
|---|---|---|
| doc | 03/02/2017 | Notice of Mortgage Payment Change (Claim # 2) with Certificate of Service (Hudson, Taka) |
| doc | 04/04/2017 | Notice of Mortgage Payment Change (Claim # 2) with Certificate of Service (Hudson, Taka) |
| doc | 05/02/2017 | Notice of Mortgage Payment Change (Claim # 2) with Certificate of Service (Gye, Essa) |
| doc | 06/02/2017 | Notice of Mortgage Payment Change (Claim # 2) with Certificate of Service (Darden, Tiffany) |
| doc | 07/01/2017 | Notice of Mortgage Payment Change (Claim # 2) with Certificate of Service (Amador, Luisa) |

*Description:* (2-1) 217 Wildwood Ave, Worcester, MA 01603

*Remarks:* (2-1) Arrears:$0.00

| | | |
|---|---|---|
| *Creditor:* (19801504) History<br>Bank of America, N.A.<br>PO Box 31785<br>Tampa, FL 33631-3785 | **Claim No: 3**<br>*Original Filed Date*: 09/19/2016<br>*Original Entered Date*: 09/19/2016 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Megan O'Keefe Manzo<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $230297.61 | |
| Secured | claimed: | $230297.61 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 3-1 | 09/19/2016 | Claim #3 filed by Bank of America, N.A., Amount claimed: $230297.61 (Manzo, Megan ) |
| | | doc | 02/24/2017 | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 3) with Certificate of Service and with declaration of electronic filing filed by Creditor Bank of America, N.A. (Manzo, Megan) |
| | | doc | 04/18/2017 | Notice of Mortgage Payment Change (Claim # 3) with Certificate of Service (Gye, Essa) |

*Description:* (3-1) 217 Wildwood Avenue, Worcester, MA 01603

*Remarks:* (3-1) Arrearage in the amount of $85,135.86

| | | |
|---|---|---|
| *Creditor:* (19722675)<br>Ic Federal Credit Union<br>Attn: Collections<br>300 Bemis Rd<br>Fitchburg, MA 01420-7323 | **Claim No: 4**<br>*Original Filed Date*: 12/29/2016<br>*Original Entered Date*: 12/29/2016 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Robert W Kovacs, Jr<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $6323.00 | |
| Secured | claimed: | $6323.00 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 4-1 | 12/29/2016 | Claim #4 filed by Ic Federal Credit Union, Amount claimed: $6323.00 (Kovacs, Robert ) |
| | | 28 | 12/30/2016 | Notice of Claim filed under FRBP 3004 filed by Debtor Kurt Solomon Re: Claim # 4 (McLeod, William) |

*Description:* (4-1) Auto Loan

*Remarks:* (4-1) filed by Debtor

## Claims Register Summary

**Case Name:** Kurt Solomon
**Case Number:** 16-40786
**Chapter:** 13
**Date Filed:** 05/06/2016
**Total Number Of Claims:** 4

| | |
|---|---|
| **Total Amount Claimed*** | $260765.07 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $257539.09 | |
| **Priority** | $0.00 | |
| **Administrative** | | |