0008-3C-EPIP3C-00083138-7727081

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**IN RE:**

KURT SOLOMON

**Debtor(s)**

**Chapter 13.**
**Case No.**
16-40786-CJP

# NOTICE OF DEADLINE FOR OBJECTIONS

**PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed the attached Trustee's Report and Account with the Court. Any objection to the Trustee's Report and Account must be filed with the United States Bankruptcy Court and a copy served upon the Chapter 13 Trustee within thirty (30) days of the date of service. In the absence of a timely objection, the Court may approve the Trustee's Report and Account without a hearing.**

**Standing Chapter 13 Trustee**

**Dated: 10/14/2020**

**/s/ Denise M. Pappalardo**
**Denise M. Pappalardo**
**BBO# 553293**
**P.O. Box 16607**
**Worcester, MA 01608**
**(508) 791-3300**

0008-3C-EPIP3C-00083138-7727080

# United States Bankruptcy Court

For The
District of Mass., Central Division

KURT SOLOMON
217 WILDWOOD AVENUE
WORCESTER, MA 01603-1628

Case No.: 16-40786-CJP
SS #1: XXX-XX-4930

## TRUSTEE REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | The Plan was confirmed on | MO. | DAY | YR. | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05 | 06 | 16 | | 06 | 25 | 16 | | 08 | 07 | 20 |

Plan Completed. Debtor May Be Entitled To A Discharge.

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors. $ 99,138.97

| DISBURSEMENTS TO CREDITORS<br>CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID<br>PRINCIPAL | AMOUNT PAID<br>INTEREST | BALANCE DUE OR DISCHARGE AMOUNT |
|---|---|---|---|---|---|---|
| KURT SOLOMON | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| KURT SOLOMON | 899 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 001 | Unsecured | 3,225.98 | 3,225.98 | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | 002 | Secured | 85,135.86 | 85,135.86 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICIN | 003 | DirectPay | 20,918.48 | 0.00 | 0.00 | DirectPay |
| IC FEDERAL CREDIT UNION | 004 | DirectPay | 6,323.00 | 0.00 | 0.00 | DirectPay |
| ORLANS PC | 002 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| HARMON LAW OFFICES, P.C. | 003 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| KURT SOLOMON | 999 | Refund | 10.68 | 10.68 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | TOTAL PAID PRINCIPAL AND INTEREST |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 85,135.86 | 0.00 | 3,225.98 | 0.00 | 10.68 | 88,372.52 | |
| PRINCIPAL PAID | 85,135.86 | 0.00 | 3,225.98 | 0.00 | 10.68 | 88,372.52 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 88,372.52 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| ROBERT W. KOVACS, JR., ES | 2,570.00 | 2,570.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES<br>CLERK'S CHARGES | ADDITIONAL CHARGES<br>.25 EACH CLAIM OVER 10 | TRUSTEE ADMINISTRATIVE CHARGES | | OTHER COSTS | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 8,196.45 | 0.00 | 0.00 | 8,196.45 |

The above - captioned debtors(s) have fully complied with the payment obligations pursuant to the Order confirming the Plan and are entitled to a discharge pursuant to 11 U.S.C. Section 1328(a). The Trustee will submit a statement to the Court at the time all checks have cleared at which time the Trustee will request a discharge of duties and that a Final Decree be entered at that time. Wherefore, the Trustee prays that the report be accepted and that the debtor(s) be granted a discharge pursuant to 11 U.S.C. Section 1328(a).

/s/ Denise M. Pappalardo

Denise M. Pappalardo, Chapter 13 Trustee

# SERVICE LIST

1640786
KURT SOLOMON
217 WILDWOOD AVENUE WORCESTER, MA 01603-1628

1640786 9 799
ROBERT W. KOVACS, JR., ESQ.
KOVACS LAW, P.C. 131 LINCOLN STREET WORCESTER, MA 01605-2408

1640786 3 001
INTERNAL REVENUE SERVICE
PO BOX 7346 PHILADELPHIA, PA 19101-7346

1640786 1 002
BANK OF AMERICA, N.A.
PO BOX 31785 TAMPA, FL 33631-3785

1640786 1 003
SELECT PORTFOLIO SERVICING INC
PO BOX 65250 SALT LAKE CITY, UT 84165-0250

1640786 1 004
IC FEDERAL CREDIT UNION
300 BEMIS ROAD FITCHBURG, MA 01420-7356

1640786 7 002
ORLANS PC
PO BOX 540540 WALTHAM, MA 02454-0540

1640786 7 003
HARMON LAW OFFICES, P.C.
PO BOX 610389 NEWTON, MA 02461-0389

## CERTIFICATE OF SERVICE

**The undersigned hereby certifies that a copy of the within Notice of Deadline for Objections and Trustee's Report and Account was served upon the Debtor, Debtor's counsel of record and those parties listed on the service list by first class mail, postage prepaid or electronically.**

**Dated: 10/14/2020**

**/s/Denise M. Pappalardo**
**Denise M. Pappalardo**